The Fajardo Sugar Growers Association, representada por sus Trustees James Bliss Coombs, James H. Post y Lorenzo D. Armstrong, demandante y apelante, *v.* William P. Kramer, Jefe del Servicio Forestal Insular, Valeriano Flores, Guardabosques y Antonio González, demandados y apelados.

No. 4531.*

OPINION DISIDENTE DEL JUEZ ASOCIADO SEÑOR WOLF.

A mi juicio, el caso de *People of Puerto Rico* v. *Livingston,* 47 F. (2d) 712, es decisivo de éste. No puede distinguirse por el hecho de que la Srta. Livingston permaneciera en posesión de su propiedad. Si hubiesen prevalecido los esfuerzos de algunos de los funcionarios del Departamento del Interior, ella habría sido privada de la posesión. Cuando el derecho de posesión es claro, el accidente de la privación de la posesión material no debe predominar. La demandante tenía un título debidamente inscrito, y el derecho de posesión lo seguía, por lo menos prima facie. Así, pues, era menester que el gobierno demostrara que la demandante no era un tercero. El caso de Livingston establece terminantemente que el comprador puede confiar en un título inscrito. Tampoco fué el derecho de un tercero destruído a causa de una tentativa que se hizo en 1878 para declarar caducada la concesión. Un comprador no estaba obligado a inquirir sobre las posibilidades de una abrogación. *Torres* v. *Lothrop, Luce & Co.,* 16 D.P.R. 180, 231 U. S. 171. A mi juicio, los actos de los agentes del gobierno en 1921 o en cualquiera otra fecha no montaban a la incautación de la posesión de la propiedad, y las tentativas posteriores de supuestos agentes de El Pueblo para tomar posesión caerían, a lo sumo, dentro

* Nota: Véase la opinión de la mayoría en la página 348.

de la categoría de actos meramente tolerados. Artículo 446 del Código Civil, Compilación de 1911.

Insistiendo un poco más en la supuesta abrogación, nada hay en los autos que demuestre que Benjamín Noble tenía aviso de la llamada incautación. La declaración de revocación de una concesión no surte efecto hasta que sea comunicada al concesionario. *Non constat* que el Gobierno español, con o sin la intervención de Benjamín Noble, abandonó su propuesta incautación. Sostengo, además, que no hay incautación sin penetración material, y esto no aparece de los autos.

Estoy autorizado para decir que el Juez Asociado Sr. Aldrey está conforme con esta opinión.